# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

MARCUS DESHAWN HUNTER

Case Number: 4:05-CR-00243-01-BRW

USM Number: 23835-009

**Date of Original Judgment:** November 3, 2006

**Date of Previous Amended Judgment:** March 26, 2010
*(Use Date of Last Amended Judgment if Any)*

Justin Eisele
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
       102 months **is reduced to 66 months.**

Except as provided above, all provisions of the judgment dated November 3, 2006 will remain in effect.

**IT IS SO ORDERED.**

Order Date: January 4, 2012

/s/ Billy Roy Wilson
United States District Judge